16-2023-CA-006484-XXXX-MA Div: CV-E
Filing # 169414625 E-Filed 03/22/2023 05:30:09 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

ANDY COSTON,
an individual,

    **Plaintiff,**

v.

THE HOME DEPOT U.S.A., INC.
a Foreign Profit Corporation,

    **Defendant.**
_____/

## COMPLAINT

Plaintiff, ANDY COSTON ("Plaintiff"), sues Defendant, The Home Depot U.S.A., Inc., ("Defendant"), and alleges:

### COMMON ALLEGATIONS:

1. This is an action for damages in excess of $50,000.00, exclusive of costs.
2. On or about March 9, 2021, Defendant owned, operated, and/or maintained a retail establishment located at 9451 Cross Hill Blvd. in Jacksonville, Duval County, Florida.
3. At all times material, Plaintiff was a business invitee on Defendant's premises.
4. At all times material, there was a foreign substance on the floor of one of the aisles.
5. At all times material, the foreign substance on Defendant's premises represented an unreasonably dangerous condition.
6. At that time and place, as Plaintiff was walking through Defendant's premises, Plaintiff stepped in the foreign substance causing him to slip & fall and injure himself.
7. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty to use reasonable care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the premises.

8. At all times material, Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the unreasonably dangerous condition.

9. The unreasonably dangerous condition was created by Defendant, known to exist by Defendant, or had existed for a sufficient length of time such that Defendant should have known of its existence.

10. As a result of Defendant negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ANDY COSTON demands judgment for damages against Defendant, The Home Depot U.S.A., Inc., and demands a jury trial.

Dated on this 22nd day of March, 2023.

**THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT, & NOWICKI**

\_\_\_/s/ Justin S. Day_____
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
**Justin S. Day, Esq.**
Florida Bar No.: 1010434
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
KNowicki@nooneyandroberts.com
JDay@nooneyandroberts.com
Attorneys for the Plaintiff

**DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516**

Pursuant to Fla.R.Jud.Admin.2.516 (effective September 1, 2012), attorneys for Plaintiff designate the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:   JDay@nooneyandroberts.com
Secondary email addresses: SherellS@nooneyandroberts.com
Knowicki@nooneyandroberts.com

THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT, & NOWICKI

/s Justin S. Day
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
**Justin Day, Esq.**
Florida Bar No.: 1010434
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
KNowicki@nooneyandroberts.com
JDay@nooneyandroberts.com
Attorneys for the Plaintiff